**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| GABRIEL CELIS-ARAMBULA, | No. 11-73191 |
| Petitioner, | |
| | Agency No. A091-506-600 |
| v. | |
| | MEMORANDUM[*] |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 11, 2013[**]

Before:    FERNANDEZ, TASHIMA, and WARDLAW, Circuit Judges.

Gabriel Celis-Arambula, a native and citizen of Mexico, petitions pro se for

review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal

from an immigration judge's ("IJ") decision denying his application for

cancellation of removal.  We dismiss the petition for review.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We lack jurisdiction to consider Celis-Arambula's contention that the IJ was partial and violated his right to due process because he did not raise that issue before the BIA, and thereby failed to exhaust his administrative remedies. *See Abebe v. Mukasey*, 554 F.3d 1203, 1208 (9th Cir. 2009) (en banc) (issues not argued in a petitioner's BIA appeal brief have not been exhausted, and the court lacks jurisdiction to consider them); *see also Agyeman v. INS*, 296 F.3d 871, 877 (9th Cir. 2002) (this court may not entertain due process claims based on correctable procedural errors unless an alien first gives the BIA an opportunity to address them).

**PETITION FOR REVIEW DISMISSED.**